```
 1 | MELINDA HAAG (CABN 132612)
   | United States Attorney
 2 | JOANN M. SWANSON (CSBN 88143)
   | Chief, Civil Division
 3 | DOUGLAS K. CHANG (SBN HI2922)
   | Assistant United States Attorney
 4 | JUAN D. WALKER (CSBN 208008)
   | 450 Golden Gate Avenue, Box 36055
 5 | San Francisco, California  94102
   | Telephone: (415) 436-6970
 6 | Facsimile:  (415) 436-6570
 7 | Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Case No.: CR 97-40130-03 SBA |
| v. | ) |
| RAUL PANIAGUA LOPEZ, | ) |
| Defendant. | ) **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $180.55, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: _4/5/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge